Granted at New Orleans, Louisiana, September 13, 1963.

FRANK W. SUMMERS, Associate Justice.

156 So.2d 223

**AUDUBON PARK COMISSION and Audubon Park Natatorium, Inc.**

v.

**BOARD OF COMMISSIONERS FOR the PORT OF NEW ORLEANS.**

No. 46849.

Sept. 26, 1963.

In re: Audubon Park Commission and Audubon Park Natatorium, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 153 So.2d 574.

The application is denied. On the facts found by the Court of Appeal, the result of the judgment complained of is correct.

HAMITER and SUMMERS, JJ., are of the opinion that the writ should be granted.